**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                 Case No. **11-04283**

**Dominguez Nieves, Edwin**                 Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **6/13/2011**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ **172.00** x **36** = $ **6,192.00** |
| $ ___ x ___ = $ ___ |
| $ ___ x ___ = $ ___ |
| $ ___ x ___ = $ ___ |
| $ ___ x ___ = $ ___ |

TOTAL: $ **6,192.00**

Additional Payments:
$ **55,000.00** to be paid as a LUMP SUM within **12 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**Caribbean Sea View Apt. 2601 and the Sale of Plaza Universidad 2000 Apt. 2108**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **61,192.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ Edwin Dominguez Nieves**
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO SANTANDER**    Cr. ___    Cr. ___
# **3244**             # ___          # ___
$ **19,000.00**     $ ___     $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO SANTANDER**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
                 ☐ Paid 100% / ☐ Other: ___
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

---

Attorney for Debtor **Maria S. Lozada Figueroa**         Phone: **(787) 520-6002**

CHAPTER 13 PAYMENT PLAN